1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   JACK FOSTER,                      )     NO. CV 11-05181-MAN
                                       )
12                 Plaintiff,          )
                                       )     JUDGMENT
13           v.                        )
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
15                                     )
                   Defendant.          )
16   _____)

17

18        Pursuant to the Court's Memorandum Opinion and Order,

19

20        IT IS ADJUDGED that the decision of the Commissioner of Social

21   Security is reversed, and the cause is remanded for further proceedings

22   consistent with the provisions of the Memorandum Opinion and Order.

23

24   DATED:  July 23, 2012

25                                       _____
                                              MARGARET A. NAGLE
26                                       UNITED STATES MAGISTRATE JUDGE

27

28