UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05181-MAN | Date | September 11, 2013 |
|---|---|---|---|
| Title | *Jack Foster v. Carolyn W. Colvin** | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Earlene Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   (In Chambers)  Order To Show Cause

On July 25, 2013, plaintiff's counsel filed a motion for attorney's fees under 42 U.S.C. § 406(b) ("Motion"), in a social security case which was remanded to defendant pursuant to this Court's July 23, 2012 Order and Judgment of Remand.

Pursuant to this Court's June 22, 2011 Case Management Order ("CMO"), defendant was directed to electronically file any statement or opposition to the Motion "**not more than fourteen (14) days after service of the [M]otion** . . . , and also manually serve a copy on the plaintiff." (CMO at 11; emphasis added.) More than one month from the filing of the Motion now has elapsed, and defendant still has not filed any statement regarding or opposition to the Motion.

Accordingly, on or before September 25, 2013, defendant is ORDERED to either: (a) show good cause, in writing, why defendant failed to comply with this Court's CMO and/or why the Court should not grant plaintiff's Motion; or (b) electronically file a statement regarding or opposition to the Motion and serve a copy on plaintiff.

Plaintiff's counsel may electronically file a reply in support of the Motion within seven days of service of any statement or opposition, and also manually serve a copy on plaintiff.

**IT IS SO ORDERED.**

cc:   All Parties of Record

                                                                                           :
                                                           Initials of Preparer   efc

   * Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action. (*See* Fed. R. Civ. P. 25(d).)